UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE STEVICK and CHRISTOPHER STEVICK,<br><br>Plaintiffs,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>Defendant. | Case No.: 3:16-cv-02341-VC<br><br>**RULE 502(d) ORDER** |

1. The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

2. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness, and/or segregation of privileged and/or protected information before production.

Date:  July 1 , 2016

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT

- 1 -
[PROPOSED] RULE 502(d) ORDER
3:16-cv-02341-VC