UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Stevick v. Monsanto Co.*, 16-cv-2341 | **PRETRIAL ORDER NO. 187: STEVICK LETTER BRIEF** |
| | Re: Dkt. No. 7241 |

The Court is tentatively of the view that if the Stevicks present their exposure claims together, a continuance of the trial date will be necessary. The Court is also tentatively of the view that if Mrs. Stevick proceeds on her exposure claim alone, evidence of Mr. Stevick's cancer diagnosis will likely be inadmissible under Federal Rule of Evidence 403.

A further case management conference in *Stevick v. Monsanto Co.*, 16-cv-2341, is scheduled for November 14, 2019, at 10:00 a.m. in San Francisco, Courtroom 4, 17th Floor. The parties should be prepared to discuss this matter (including whether a joint trial on the exposure claims is appropriate) and any other matter that requires attention.

**IT IS SO ORDERED.**

Dated: November 6, 2019

VINCE CHHABRIA
United States District Judge