UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Stevick v. Monsanto Co.*, 16-cv-2341 | **PRETRIAL ORDER NO. 205: ORDER CONTINUING PRETRIAL CONFERENCE IN STEVICK** |

The pretrial conference in this case is continued to Thursday, February 13, 2020, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: January 29, 2020

VINCE CHHABRIA
United States District Judge