| | |
|---|---|
| **THE MILLER FIRM, LLC**<br>Michael J. Miller (pro hac vice)<br>Brian K. Brake (pro hac vice)<br>Tayjes Shah (pro hac vice)<br>108 Railroad Ave<br>Orange, VA 22960<br>Tel: (540) 672-4224<br>Fax: (540) 672-3055<br>bbrake@millerfirmllc.com<br>tshah@millerfirmllc.com<br><br>**AUDET & PARTNERS**<br>Mark Burton (CA Bar No. 178400)<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102<br>Tel: (415) 568-2555<br>Fax: (415) 568-2556<br>mburton@audetlaw.com<br><br>*Attorneys for Plaintiffs* | **WILKINSON WALSH LLP**<br>Brian L. Stekloff (pro hac vice)<br>Rakesh Kilaru (pro hac vice)<br>2001 M St. NW, 10th Floor<br>Washington, DC 20036<br>Tel:   202-847-4030<br>Fax:  202-847-4005<br>bstekloff@wilkinsonwalsh.com<br>rkilaru@wilkinsonwalsh.com<br><br>*Attorneys for Defendant*<br>*MONSANTO COMPANY* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| *Elaine and Christopher Stevick v. Monsanto Co.*<br>3:16-cv-2341-VC | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs dismiss this action with prejudice, with each party to bear their own costs.

Dated: June 24, 2020

- 2 -

1  SEEN AND AGREED:

2  By: _/s/ Brian K. Brake_____
       Brian K. Brake, Esq. (*pro hac vice*)
3      The Miller Firm LLC
4      108 Railroad Avenue
       Orange, VA 22960
5      (540) 672-4224
       (540) 672-3055 (fax)
6      bbrake@millerfirmllc.com

7      *Attorneys for Plaintiffs*

8  By:/s/ Brian Stekloff_____
9      Brian L. Stekloff (*pro hac vice*)
       bstekloff@wilkinsonwalsh.com
10     Rakesh Kilaru (*pro hac vice*)
11     rkilaru@wilkinsonwalsh.com
       WILKINSON WALSH + ESKOVITZ LLP
12     2001 M St. NW, 10th Floor
       Washington, DC 20036
13     (202) 847-4030
14     (202) 847-4005 (fax)

15     *Attorneys for Defendant Monsanto Company*